



# MEMORANDUM OPINION

No. 04-10-00626-CV

**SOUTHLAND LLOYDS INSURANCE COMPANY**,
Appellant

v.

Maria D. **PERALES**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 06-05-11309-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  August 10, 2011

REVERSED AND REMANDED

The parties have filed a joint motion requesting that we reverse the judgment of the trial court and remand the cause to the trial court for rendition of a take-nothing judgment effectuating their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). They further request that the cash deposit in lieu of supersedeas bond in the amount of $9,638.61 filed with the Zavala County District Court by Southland Lloyds Insurance Company be released to Southland Lloyds

and that we issue the mandate *instanter*.  The parties have agreed that each party shall bear its own appellate court costs.

The motion is granted.  As agreed by the parties, without consideration of the merits, we reverse the trial court's judgment, and remand the cause to the trial court for rendition of a take-nothing judgment.  TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).  We order that the cash deposit in lieu of supersedeas bond be released.  Costs of the appeal are to be taxed against the party incurring same.  The Clerk of this court is directed to issue the mandate immediately upon issuance of this opinion and judgment.  *See* TEX. R. APP. P. 18.1(c).

PER CURIAM